1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney

5     450 Golden Gate Avenue
      San Francisco, California 94102
6     Telephone: (415) 436-6888

7  Attorneys for United States of America

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA and      )
   JAN SPICER, Revenue Officer,      )
12                                   )
              Petitioners,           ) Case No. C-06-2640-SC
13                                   )
           v.                        ) APPLICATION BY UNITED STATES
14                                   ) TO DISMISS PETITION FOR ENFORCEMENT
   JOHN-PAUL MENARD,                 ) OF INTERNAL REVENUE SERVICE
15            Respondent.            ) SUMMONSES AND [~~PROPOSED~~] ORDER
                                     )
16 _____   )

17

18         The United States of America seeks to dismiss the Petition To Enforce filed on April 19,

19 2006, as the Internal Revenue Service has been unable to locate the Respondent to serve him

20 with the Order to Show Cause Re: Enforcement of Internal Revenue Service Summonses within

   thirty-five days prior to the hearing on Order to Show Cause scheduled for July 28, 2006.
21

22                              KEVIN V. RYAN
                                United States Attorney
23
   Dated: July 27. 2006          /s/ Cynthia Stier
24                               CYNTHIA STIER
                                 Assistant United States Attorney
25                               Tax Division

26 SO ORDERED

27

28 Dated: __7/27/06_____

                                 IT IS SO ORDERED

                                 Judge Samuel Conti